**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

LADELL JOHNSON, SR.                                                                          PLAINTIFF

V.                                                  5:08CV00259 JMM

CARLA ROYALE, Ms., Nurse, W.C. "Dub" Brassell Detention
Center; ANGELA RANDLE, Ms., Nurse, W.C. "Dub" Brassell
County Detention Center; and MOORE, Mrs., Detention
Officer, W.C. "Dub" Brassell Detention Center                                      DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.    IT IS THEREFORE ORDERED that:

1. This action is DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2).

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

DATED this 10th day of December, 2008.

_____
UNITED STATES DISTRICT JUDGE