**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

LADELL JOHNSON, SR.                                                                                          PLAINTIFF

V.                                         5:08CV00259 JMM

CARLA ROYALE, Ms., Nurse, W.C. "Dub" Brassell Detention
Center; ANGELA RANDLE, Ms., Nurse, W.C. "Dub" Brassell
County Detention Center; and MOORE, Mrs., Detention
Officer, W.C. "Dub" Brassell Detention Center                                     DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITHOUT PREJUDICE. Furthermore, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 10th day of December, 2008.

_____
UNITED STATES DISTRICT JUDGE